Although the abuse by my father was a long time ago, I still recall it vividly. I still have flashbacks of the disturbing things that my father did to me. I wish I could banish the memories, but they will not go away and I am re-traumatized by the endless memories that continue to run through my head. I cannot forget what was done to me to create the images and videos that are now sought after by perverts trolling the internet and the dark web.

I sleep with a lock on my bedroom door because still to this day I have an extreme fear of someone coming and hurting me. I have nightmares that leave me waking up in panic and unable to function the next day. My father stole my childhood, leaving me broken and confused. What he did to me is compounded by the number of people who have witnessed by abuse.

My father's arrest was a further trauma. The terror I felt the night the police came banging on our door is still just as fresh. As if I wasn't already scared enough they took me from my family and placed me in a room with only 2 chairs & white walls. I remember the officer pointing at the camera in the room and saying he was going to leave me in here alone for a bit. I remember shaking, fighting back tears and feeling absolutely terrified. When the officer came back he questioned me, making me feel as if I was the criminal, but I was just a young child who was following the directions of her father.

My father's arrest led to further trauma for our family. We had to move from our middle class neighborhood into low income housing. I was caught between the shame I felt from what my father had done, to the shame I felt at being left at being suddenly poor and unable to afford the things we had been accustomed to. I would never have friends over because I was so embarrassed by our situation. It was also very hard for my brother, who had to grow up without a male role model, and who struggled at a very vulnerable time of his life. The trauma my father inflicted upon us, and upon our entire family, has left permanent scars that are continually re-opened by the knowledge of the hundreds, if not thousands, of pedophiles are finding pleasure in our pain.

When I was 12 I was diagnosed with a serious medical condition. To this day, it flares up when I am stressed, and I have extreme abdominal pain. This is a condition that I try to control, but at times it has sent me to the hospital. It is not something that is likely going to heal or get better. It is yet another burden that I must live with, as a result of the trauma I have experienced.

I am aware that the images and videos my father created continue to be shared online and on the dark web. I am disgusted by those who would seek the images of my childhood sexual abuse. I am frustrated by the lack of control I have over those images of ME. Those images do not define ME. They do not reflect who I am as a person. The people who possess and traffic in those images of ME have no right to invade my privacy or steal my dignity. I wish I could destroy the images, remove them from circulation, and retaliate against those who continue to perpetrate abuse by circulating the images.

I have been silent and silenced for a long time. I have been told to keep the abuse secret because others would not understand. I DO NOT WANT to be silenced! I think people, and especially the defendants in these cases need to understand the harm they cause. I am not the one who should be ashamed or who should be punished. Every criminal who possesses the images of my abuse, or that of my siblings, or of any child, should be publicly shamed—as we have been by the knowledge that strangers are watching our torment. The names and identities of those who seek out and consume our images should be publicized, and they should be condemned. They should experience the pain, humiliation and degradation that I have to live with.

I have no sympathy for the defendant, and no regret for his punishment. I hope the defendant feels guilt. I hope the defendants who possess images of young children, including me, are disgusted and embarrassed by their choices. I wish that I could inflict upon the defendant the pain that his actions have inflicted upon me. I believe that the crimes that the defendants in child exploitation cases commit are among the very worst crimes that a person can commit, because it perpetuates injury to innocent children that, unfortunately, does not end when the young child becomes an adult.

Dated this 11 day of September, 2021.

_[signature]_

Known as Ava of the Sweet Sugar Series

USAO_001296

### Victim Impact Statement of Erika – The Victim in the PinkHeartSisters1 Series

  My father sexually abused me when I was a little girl. Some of those horrific moments were captured on camera, and shared online. As long as I live I can never escape what happened to me, I can never make it go away. My childhood was stolen from me; my innocence. My father told me he loved me and he manipulated me into lying for him. I remember one time seeing white pills on the bathroom sink, he told me that he'd almost killed himself the night before. He made me feel as though it was my job to make him happy. Another time, he said he was going to kill me and then himself, I was so scared. He would choke me, and he also drugged me with alcohol; to make me more cooperative.

  I have to live with the aftermath of being raped as a child. When my father was arrested in 2012, I thought my life would finally be normal, that I would heal. The reality turned out to be devastating. I was not trusted to play with my friends; by their parents. I was treated like a slut by the townsfolk (I was eleven years old). One of my friend's parents told my mother "she's old for her age". My family and I were ostracized by our own neighbors and the whole village. Everything we did was criticized and my mother was portrayed as a villain. In a very real way, I was blamed for what my father had done to me. When my sister and I were interrogated by detectives, we were shown our images, this was a terrible thing to be put through. I live with knowing that my body is online; existing forever in the form of pixels. So many people have seen my images, it's astounding to imagine. How could a girl feel more violated than to have her body on display for any pedophile anywhere in the world to see?

  I have had suicidal thoughts since I was seven or eight years old. I have been depressed for even longer than that. I became happier after the arrest, but I had to leave my town behind, to flee the enemies who were doing everything in their power to demolish my family. We moved to ▮▮▮▮, where we spent the next six years. This passage of time was truly awful. I was sad and alone, I virtually never saw my friends from my old town. I have lost myself in the misery of time passing and not being able to change anything.

  Whenever I think about all these people who are found with my images, it makes me furious. I'm constantly reminded of what happened to me. I have so much rage and hurt in me, and I want to feel that I am achieving justice. I want the monsters to pay for the pain they're causing me.

Victim Impact Statement

Henley

They always say you never truly know how something is going to affect you until the time comes. I have come to find, from personal experience, that this is beyond true. I am a Survivor of sexual abuse and exploitation. My father groomed me for sexual abuse from the time I was 5 years old. For many years he engaged me in numerous sex acts, which he photographed and videotaped. When I was 12, my father was arrested, and the police came to my school to make sure I was safe. After my father's arrest and conviction, I received counseling for a number of years, but I was not able to forget what happened, or that the photos and videos continue to be circulated among pedophiles. Having received therapy and knowing that the person who created this whole situation will be in jail for the rest of his life does not end the consequences. The effects of the abuse still follow me around to this day and will forever. Although I have come to terms with what happened to me, I fear I may never be able to heal completely because it never ends. It is like constantly having a scab ripped off a wound that is trying to heal.

The fact that I am struggling to write this statement, to tell the court the devastating effects of the ongoing circulation of my sex abuse images is yet one more challenge I face as a result of the crimes against me. My childhood innocence was stolen and continues to be exploited on a daily basis by strangers. Knowing that I cannot retrieve the photos or videos, nor can I remove them from the internet and dark web makes me feel helpless and powerless.

When I turned 18, I asked not to receive VNS notices because I just couldn't bring myself to confront the mountains of evidence that images of my abuse were being circulated. I really just wanted to act like it wasn't happening. However, when I came to understand that 1) I didn't have to get the notices; a lawyer could get them for me, and 2) if I "opted out" of the notices I also opted out of restitution, I realized that my decision to avoid knowing what was happening with the images of my abuse, and the ongoing crimes against me, was making my life harder, not easier.

I have struggled to put the past behind me, but it is impossible, because the most unexpected "trigger" can cause the past to come screaming into the present. I am simply not able to wipe it out or pretend it didn't happen.

The effects of the ongoing abuse are irregular and unpredictable. Every day is a new challenge and I never know what's going to happen. I never know what type of day I'm going to have, due to PSTD, anxiety and triggers. Anything can set me off: the smell of a certain cologne, how certain males look, hearing the name Jessie (what father called me), hearing my father's name, smelling weed. I have made every effort to try to lead a "normal" life, but I am often derailed, by some unexpected thing (that might seem harmless to someone else) that causes me extreme anxiety and panic attacks.

Among the things I experience on a frequent (but irregular) basis:

- I am scared to leave the house in fear that someone will know who I am and either put me in danger, or make me feel less of myself, or draw attention to me in ways I do not want
- I have extreme fear of being alone especially at night; I lock all my doors anytime I'm showering or changing clothes

- I have trouble trusting in relationships, communicating, and feeling valued for more than just my body
- I fear that the fact that I am a victim of these crimes could affect my ability to get a job in my chosen career
- Knowing that my photos are forever on the internet and there is nothing I can do about it and having to tell people (prospective employers, for example, or friends who don't know my history) and explain my story is deeply embarrassing. I often feel that I have to justify or explain the most intimate, personal and degrading details, and I also fear that people judge me, that they make assumptions about me, and that I am marked or tainted.
- I constantly question my self-worth, if I am really loved for me, if I'm being cheated on, if I'm not good enough, etc. My own insecurities threaten my relationships.
- My reactions are often out of proportion to events
- I am unable to trust or be comfortable in intimate situations, even with my fiancé.
- When it is really bad, I have full blown anxiety attacks to point I can't breathe, see or move and I may start to scream, or be horribly rude to the people around me, or pass out, not remembering what happened when I wake up.
- My PTSD affects my work due to excessive absences as a result of anxiety attacks or having to take longer breaks/ lunches in order to calm down. My employer doesn't understand why I act the way I do when getting hit on by people who are trying to do business with me, when people flirt with me or make comments about my appearance, or even general the fear that a client or customer knows me because he has seen my images. One time a customer said, "I'd love to see you with just your glasses and nothing else." I had to leave; couldn't brush it off. It completely sent me sideways.
- I often feel that my needs, desires, security are secondary to others

Just having to keep my identity secret to protect myself and insure my safety from pedophiles who have seen my image is a struggle. I am aware of multiple people commenting on the photos and videos, and contacting people saying they know where I live and my whereabouts (a few have come close to finding my address). I have had to change my name, not own property with my name or mother's name on it, and have a safe-at-home program so my information is on no public records, making it hard to do just about anything from get my license to opening a bank account.

Multiple people have sent "fan mail", made comments on the internet and/or contacted law enforcement stating that if I didn't like what was happening to me I "would have stopped it sooner" or "she needs to do the internet a favor and grace us with her body again" and other vulgar and horrific things about my photos, videos, body and what they call "service" to the porn community. I have been approached multiple times in public by either "fans" or individuals who knew my abuser, making it crippling to go anywhere, especially go anywhere alone. While it is distressing to me to know how many people have been caught by law enforcement, it is even more distressing to realize how many have not been caught.

I feel guilt and shame, even though I recognize that I am not responsible for what happened to me. In many ways, I still feel like a child, trapped, powerless, paralyzed, unable to stop or prevent the ongoing abuse.

As I've gotten older, I've been asked to model. Unfortunately, while that could be a lucrative career, that cannot be an option for me, as I don't want the pedophiles who are looking at the images of my childhood abuse to know what I look like now, or to place myself in danger. I don't want any more photos of myself on the internet! And I am unwilling to allow someone else to own photographs of me.

I am always suspicious of people I don't know, and even of people I know only casually. This underlying suspicion causes me to constantly keep people at an arm's length.

I desperately want to "recover" or at least minimize the effects of the ongoing circulation of photos. I do not want to succumb to hopelessness or depression. I would like to be able to seek therapy and be able to pay for it. I do not currently have the funds to do so.

I would like to find a career where I can progress, contribute and feel a sense of purpose and accomplishment.

I would like to be able to feel confident about myself, to feel deserving of love, to be able to express my love for others, and to banish my fears and insecurities.

I don't know if those things are possible, as long as the images of my childhood sexual abuse continue to be downloaded and possessed by strangers. I feel that the least that these people who don't know me (and who I never want to know!) can do is contribute to my recovery.

The foregoing statement is true, under penalty of perjury and 28 U.S.C. §1746

Dated this _10th_ day of May 2019.

Victim Impact Statement

"Jenny"

I'm 18 now and so I am writing this to have my own voice in my victimization when I was a child.

I was only seven when my predator began molesting me and photographing me. It went on for two years before they found him on the internet sending pictures of me to men. Then they found me after arresting him, but my life has never been the same. I have lived my life uncomfortable with men and boys around. I am always conscious of my clothing and making sure no one can see any parts of me. I worry about the pictures of me that are out there and I hate that others see them. I have feared over the years that someone would recognize me in public. I wish only that every single one can be found and destroyed someday. It is upsetting thinking about them and I want them to go to jail for doing it.

Not many people know what happened to me and if they know anything it is not the whole truth. I don't want people to know and I want to forget it but I cannot do that all the time. I want to shut off my brain so many times.

I want my perpetrator to stay in jail forever and I fear when he gets out. It has been so hard to trust anyone, even family and friends sometimes, since he did those things to me. I went to therapy for a while but I stopped because I just wanted to forget it. With the pictures still out there I can't.

Mya Victim Impact Statement

To this day and for the rest of my life, I am and will continue to feel haunted, torn apart, emotionally, and scarred. I am continually aware that my privacy has been and is being invaded, daily, and by people I do not know and who do not know me.

Even though the sexual abuse by my father has ended, the constant thought of there being naked photos of me out on the internet that are accessible and seen by strangers is something that will be everlasting. The idea of this used to make me feel all sorts of anger and frustration. At this point I've realized I have no control over this situation, the fact that it is on-going and will never end makes me feel trapped and helpless.

I thought I'd learn to forget about the terrible things that have happened but it wasn't until I grew older that I began to understand everything. My father abused me from as young as I can remember up until I was about 9 years old. Just like many relationships between fathers and daughters, he loved me and I loved him. He took care of me, played with me, and made sure I was happy. Although I never fully understood that what he was doing was wrong, I always felt like there was something that set us apart from the other families I knew. Before he would put his fingers inside me and strip off my clothes to take naked photo shoots, I remember thinking to myself and even asking him, "Why can't you just be like the normal dads?" After he'd abuse me and know he'd done wrong, he would cover it up and make sure I still loved him by buying me toys and candy. The more I let him touch me, and take pictures of me naked, the more toys and candy I'd get in return. There was a point where I almost felt like I worked for him. If I wanted to play or get any new toys, it wasn't allowed unless my clothes were stripped off and I was in front of the camera naked. But the abuse didn't end when my father was arrested. It continues, every day, only now I am experiencing abuse by nameless, faceless people who find gratification in the images of my abuse.

As a result, I am left feeling disgusted. Years after the physical abuse ended, I feel dirty inside and out. I fear what others will think if they were to find out. It hurts me to know that I'd been used by my own father, someone I'd been taught to trust and obey. I am eternally embarrassed by what happened to me. I wish I could've done something to prevent all of this but as a child I didn't know any better,. All I knew is that I had to comply with my father's orders. I also remember fearing the results and consequences of what would happen if I did open my mouth. Everything was a secret and I knew I had to keep it that way for many reasons. For instance, I didn't want to expose him because I was scared something bad would happen to him and I didn't want to find out what would happen. In other ways, I was too embarrassed to expose myself and admit the disgusting things that were happening to me.

After already being touched inappropriately by a man I loved and trusted, and thinking things couldn't possibly get worse, I was relieved that at least the abuse had stopped, but my heart sunk to the bottom of my stomach when I found out what my dad had been doing with my naked and partially clothed photos. Not only did I feel violated, used and disgusted by my own father but now I'm left knowing that there are also hundreds of other men out there that are seeing me naked without my consent. No one has the right to look at those images of me, but I am continually haunted by the knowledge that strangers are violating my privacy every day. For me what happened doesn't end; it continues, and even as I write this, I know that perfect strangers are trafficking in images of a naked little girl. Just as my father exploited me, so, too, do those who seek, possess and traffic my images continue to exploit me, to my detriment.

I put my full trust in my father and because of the way he abused it, I haven't been able to trust anyone in the same way since. I always felt so set apart from my classmates, teammates and anybody my age because of what happened to me. I am uncomfortable and uneasy around men. At the same time, I am terrified of someone who has seen my images online recognizing me. I never know who may have seen the images, and I have to be suspicious of everyone. Knowing that there are others, unknown to me, but nevertheless willing to exploit me, makes it even harder for me to be able to trust anyone. I feel that I have less value than others, and at time I feel that I have nothing to offer anyone. I always feel like I'm putting on a different face for society, like I need to be someone else because the person I originally am has been ruined. A part of my life feels eternally damaged and lost.I fear that I may never be able to overcome the sense of estrangement that I feel.

I am constantly struggling emotionally. I have trouble sleeping most nights. I experience regular headaches. I am frequently anxious. I am continuously trying to distract myself and keep myself busy so that I can't focus on bad thoughts about what has happened or what is continuing to happen with the images of me. At the same time, I feel powerless, causing me to lack the motivation and desire to do things. I alternate between being depressed, and being so busy that I don't have time to think. I often feel sad, mad, and disappointed, and I struggle to keep a lid on those feelings. It feels as if I am in a hole that I can't get out of, no matter what I do.

I also fear what others would say, or how they would react, if they were aware of what has happened to me. I do not wish to be judged or blamed or to be the subject of speculation or conversation. I fear that no man would want me if he knew that there were images of my sexual abuse online. I am carrying the burden of things that

USAO_001303

happened to me when I was a very young child, but I can never put this burden down. I can never un-know what I know.

Not only am I left living with extreme trust issues, I'm left physically, emotionally and mentally damaged. I cannot re-capture the innocence that was stolen from me. I cannot take away the images that are circulating on the internet or the dark web. I am powerless to stop or end the ongoing harm that continues, day after day, week after week, month after month, year after year. I am sickened by the appetite for images of my abuse. I am disgusted and discouraged and disheartened. Sometimes it feels like I'm only used for men's disgusting entertainment There is no justice for me and there is no escaping my situation.

Dated this _11_ day of September, 2021.

Known as Mya of the Sweet Pink Sugar Series

VICTIM IMPACT STATEMENT

BY PIA'S MOTHER

"SWEET SUGAR" VICTIM

Regarding my daughter:

How has this crime affected my child's general well being? A crime of this magnitude has had an enormous emotional effect on my child. My child's life has been changed forever. She is very aware of the images and videos that were produced and distributed online. She is aware of the seriousness and vastness of this crime. This crime creates a crippling insecurity in her and makes her worried and extremely upset. The fear consumes her daily. Talking about this crime (the distribution of her abuse images) causes her to feel sick almost to the point of vomiting. When her siblings start to talk about anything related to this crime, she will ask us, her family, to stop talking about it and will go on to say how she feels ill. She will shut down and not want to talk about it. At times my child is full of anxiety, and does not know how to express it. Sometimes she tries to just bury it. But, she is not able to keep it buried, and it re-emerges in unexpected and unpredictable ways—often anger, but also sadness. I believe that she worries that others will learn what has happened to her, and that she will be shunned, ridiculed or victimized by others who don't know how to react to the reality that my daughter has to cope with. She is embarrassed and humiliated, knowing that images that portray her in a sexual manner are available for others to see. She is afraid, as am I, that she will be recognized by those who have downloaded the images of her abuse. At times, she appears to be depressed. At those times she is withdrawn, uncommunicative, sleepy, sometimes tearful, occasionally paralyzed and unable to move forward or complete tasks that she is quite capable of completing, appearing to be unmotivated, unable to concentrate, and overwhelmed. It is as if this child has a huge burden that she has to carry, and all of her energy goes into carrying that burden, so she has less energy for everything else in life. She doesn't want to be defined as a victim, but she cannot escape her victimization, and she can never put it in the past, because it is ongoing. My child, the victim, understands that I, her parent, will do whatever is necessary to keep her safe and be her voice in the ongoing criminal proceedings. I do not know how to help her come to terms with what she continues to experience. I worry that it may never be possible for her to "recover" from the ongoing abuse. I fear that she may not be able to grow beyond it because she is forever that little girl, caught in those images that are repeatedly viewed by the defendant and his ilk.

What physical injuries or symptoms has my child suffered as a result of this crime? My child has prolonged major trauma that will mess with her mind for the rest of her life. She is concerned for her appearance, and, at times, has asked to alter her features to change her appearance. Around the time when our family was notified of the crime of the circulation of her images, she wanted her hair style to cover her

eyes. She was so little and scared, that it was a possibility that other predators might notice her from pictures and videos that surfaced online so she tried to hide herself! At times my child is full of anxiety, and does not know how to express it. Sometimes she tries to just bury it. But, she is not able to keep it buried, and it re-emerges in unexpected and unpredictable ways—often anger, but also sadness. I believe that she worries that others will learn what has happened to her, and that she will be shunned, ridiculed or victimized by others who don't know how to react to the reality that my daughter has to cope with. She is embarrassed and humiliated, knowing that images that portray her in a sexual manner are available for others to see. She is afraid, as am I, that she will be recognized by those who have downloaded the images of her abuse. At times, she appears to be depressed. At those times she is withdrawn, uncommunicative, sleepy, sometimes tearful, occasionally paralyzed and unable to move forward or complete tasks that she is quite capable of completing, appearing to be unmotivated, unable to concentrate, and overwhelmed. It is as if this child has a huge burden that she has to carry, and all of her energy goes into carrying that burden, so she has less energy for everything else in life. She doesn't want to be defined as a victim, but she cannot escape her victimization, and she can never put it in the past, because it is ongoing.

How has this crime affected the way my child relates to his or her friends, either at school or in my neighborhood? Has the crime affected my child's school work in any way? I'd like to give you an example of how this crime has affected her in relation to social situations at home and school. At home, she is often afraid to go outside and play unless one of her family members is watching and keeping an eye on her. Mostly she has resorted to staying inside where she feels safe. She used to be such a carefree, outgoing little girl, not afraid of anything. The circulation of her abuse images has fueled a type of ingrown fear causing her to be withdrawn, often causing her to not want to engage in public events. Most recently, there was talk about a school project that the teacher had requested the students converse with an adult (a Community Political Party Leader) online, for the sole purpose of asking questions related to politics. My child was in no way comfortable communicating online with an adult, especially a stranger. She is afraid of the internet, and what she knows is out there.

My joy of parenting has been paralyzed. When I became a mom, never did I once think that my child would become a victim of sexual exploitation. Abused and molested over and over again through online child pornography. Sexual predators watching my little girl being coerced into performing degrading acts of cruel and violent abuse. My child's body being violated incessantly. She is my baby. Her well-being and my job to protect her is my concern. How is she protected from individuals such as this person? Individuals that willingly upload, possess and share videos of her? My older children are appalled to learn that these videos are in circulation. One of my children said to me, "But Mom, they can be removed forever, right?" How do I reply to a question like that? This particular individual somehow gained possession of the videos we speak of. How can I insure they will be removed forever?

USAO_001306

I worry about my daughter's safety and wonder if she is recognized by other pedophiles when we are out in public. My trust in other people is forever tarnished. Neither I nor my child know: who has seen her images? What do people assume or believe about her, based upon what has been circulated on the internet? She does not want to be defined by her abuse, but she cannot escape it either. When we go to a public place, like a mall, a theater, a sporting event, I wonder: who here has seen my child's abuse? Like my child, I am suspicious of everyone, and I no longer believe in the goodness of other people. I fear that strangers may come after my child, seeking to perpetuate or re-enact the abuse they've witnessed, perhaps even trying to kidnap her. My child and I are defensive and fearful in ways that other children don't have to be—because their privacy isn't invaded on a regular basis by strangers, like the defendant.

Do you have any idea how this has affected us? Counseling is ongoing, but it can only help us cope with the reality—it cannot un-do the harm. Financially we have struggled greatly. My mental and emotional health has been affected due to the crime and has impacted my ability to work full time. Emotionally we have all had to manage depression brought on by the knowledge of the ongoing crimes.

As the parent, I try to be strong, but feel very weak. I am overcome with grief; I feel dead. I myself have been diagnosed with Post-Traumatic Stress Disorder. I have had to delicately handle my older children's emotional turmoil that they have experienced due to their knowledge of these crimes.

I look at my beautiful little girl and am heartbroken. I wish I could put a stop to this crime. Today I am her advocate. I am her voice. She is the victim of a horrible crime, that no one ever, especially a child, should ever have to go through. When she becomes an adult she will be retold the stone cold truth, about what is fully online and how she has been silently abused all these years. I know she will be livid but beyond that, what other life-long health issues will she encounter? It pains me to even imagine.

This defendant has damaged, demeaned and de-valued my child. He or she may tell the court they are sorry, but there is no actual accountability to my daughter for the ways that the defendant has harmed her.

To the defendant:

You make me angry. I stand here broken-hearted for my child. As the parent, I am devastated. How will this crime affect her future? My own mind can't even comprehend why an individual would seek to possess, distribute and watch images of my child being abused. I want to protect her and keep her safe. My well being is at stake. Insecurity runs rampant through all of us. It is a daily struggle to maintain strength. The uncertainty of who is watching or viewing my exploited child is killing me!

Your actions more than disgust me! How can you prey on helpless, innocent little kids? How could you deceive everyone? It's because of people like you that our trust

in others has been compromised. My kids attend school. Are they safe to do so? How many other people like you are there out there?

I want to keep my child in a bubble to ensure that she is safe from people like you. Unfortunately, her abuse is on the internet. How can I reassure her that those images and videos are no longer being circulated online?

Her little body is supposed to be her most valuable possession, and not intended to be available for unlimited exposure. She becomes powerless through your actions. I want to know how many times you indulged in watching my child be abused. How many other people did you share the abuse with? I want to make it clear to you that my child is not a sexual object or your toy! This child is my pride and joy. I love her more than anything in the world. Being a mom is all I have ever dreamed of. What I didn't ever dream of is her life being crushed by this horrendous crime.

I have prepared this statement to speak on her behalf. I am determined to be her advocate. I strive to be the best Mom that I can be. I sacrifice my needs for the sake of my child's needs. Unfortunately, it's apparent that you and people like you selfishly pursue your own self-interest with no regard for the harm inflicted upon my child. You make me sick. Have you any remorse? Because my child has to live the rest of her life knowing that she was and is still being looked at and watched by people like you.

No court order can restore what you have taken from her—and what she is exposed to by the continuing circulation of her images to others, with no regard for her, as a child, as a person. I want you to understand the damage you have done to my daughter. I want you to understand the tremendous costs she bears and I bear for the damage you have done by invading my daughter's privacy and circulating her images.

I swear and affirm that the above statement is true and accurate.

Dated this 27th day of March, 2019.

# Addendum to Victim Impact Statement

USAO_001309

ADDENDUM TO VICTIM IMPACT STATEMENT

I'm in disbelief that I am actually having to explain the on-going suffering of my daughter(s) in point form. Each criminal found guilty of contributing to the exploitation of my girls should be handed a sentence that includes restitution for them. The restitution is justice for my daughters.

I have four children that each have different needs at different times. In the last few months I've been trying to keep Pia's head above the water. This little girl is in a downward spiral. She is at an age that she wants larger answers and yet it is not in her best interest for her own health and wellness to be exposed to the gross details of her abuse. It would be even more detrimental to her development. It pains me to have to explain myself and the situation she is having to deal with. I myself have to remove my protective layer and feel completely violated and vulnerable (just like my girls must feel each and every time they need to be evaluated) just to prove that my children deserve restitution.

I've been dealing with a little girl who talks daily about not wanting to exist anymore. A little girl whose pain is so great and who feels so hopeless and angry that she talks openly about wanting to kill herself. She has become more depressed and anxious as she is maturing and growing, and as she understands to a greater depth the ongoing crimes committed against her. She will not socialize with peers outside of school. School attendance is irregular and I am working with the school counsellor. My daughter had a breakdown at school just last week when she was speaking to her school counsellor. She is easily overwhelmed by her emotions. Her counsellor was very worried and concerned about her talk about suicide. Pia will be seeing a new counsellor, soon. It's not a problem that will ever be solved but it is the only option out there to teach her how to manage the continuous pain experienced from the existing ongoing abuse she must endure.

DATED THIS 30 DAY OF JUNE, 2019.

**Victim Impact Statement of Tori – The Victim in the PinkHeartSisters2 Series**

I am a 17-year-old girl. I have never discussed anything "that person" did to me with anyone because it is too stressful to talk about it. Writing about it now makes me cringe. I know he started abusing my sister when she lived alone with him. I was nine years old when "that person" was finally arrested. I have a sense of when it all started—but I know it will never really end. "People" like him still share the images of what happened to me.

I'm upset with the lack of answers. I think the adults involved should have to admit what they knew about what happened to us or the ways they could have stopped it. I would sometimes see "that person's" friend around town. She knew about him and what he was doing to us when it was happening. She brought the clothes to our house that we wore in the pictures. They were all the wrong size and were really inappropriate for girls our age. I still have so many unanswered questions. Why didn't she tell someone sooner or go to the police?

I know that the police have the photo ID of another guy who hurt us in New York, and I think they should arrest him too. The police interviews were grueling. The interviewers were very rude to me. They tried to learn every detail about exactly what happened to us, but they did not care if they hurt my feelings while they did it. They made it seem like I was supposed to help them figure out what happened to me. They wanted me to describe what would be in those pictures for them—even though they could see the pictures for themselves. None of the process made any sense to me. It was upsetting for me that nothing was going to happen unless I testified. I felt the weight of this investigation on my own shoulders and I was too hurt to carry it sometimes. I wish they were more caring and comforting when I needed it most. They can't get the other man off the street. Apparently, the pictures are not enough to arrest the other person responsible for abusing me. I just don't understand.

My abuser was never nice to my brother, and he was never nice to us for any of the right reasons. He would explode in anger and throw furniture. We were afraid of him. "That person" told us not to tell anyone what he was doing to us. He told us that we couldn't betray just one parent. Sometimes I wanted to tell anyway, but he manipulated me into staying silent back then. People in the town we lived in did not even want to let us stay in their house when the police were searching our house for evidence of what "that person" did to us. Instead, we had to wait outside in the winter cold while we were sick. These same people later blamed and shamed my mom—they wouldn't even let their kids play with us. We had to hide from people. They made up terrible rumors. In their mind, we were part of the problem that he caused. They defined us by his actions instead of our own. After the abuse, we moved around a lot and tried to rebuild our sense of community. I don't know how my mom has not just given up. He still punishes us for telling others about the horrible things he did to us.

I can make friends, but we moved a lot and it strained our relationships. We used to live in a place where there were no friends to make. The people around us were hopeless. I felt that way too. Sometimes, I still feel that we are trapped no matter where we go. We had to move so many times and lived in upsetting places. It felt like we went backwards some years. Kids and

even teachers were mean to my sister and it upset us all. One year, we had to go to public school because someone made a false report and we could not be homeschooled anymore. Another time, there were three fires in our town and people blamed my brother for it. Thankfully, my mother advocated on my brother's behalf and eventually my brother didn't get into trouble for something he didn't do. One place we lived was cold and it leaked when it rained. There was nowhere to go to be outside, we were stuck inside where it was still cold and wet. There was nothing to do. The best thing we could do was take a long trip to Trader Joes which takes a long time because it was so far away. I hated the feeling of being trapped like that.

All of this, everything, is related to "that person" and the things he did to us and the pictures he took. We lost so many people and moved so many times. All the bad things that happened in our lives revolve around his actions—he ruined our lives. Last year, I did not sleep more than three hours a night. I still get worried about going to work and having to act like everything is fine. When I was younger, before I was abused, I could just decide to go to sleep. I haven't slept like that since. I lose a lot more sleep now. It's hard to remember any dreams. I only remember being really frustrated in my dreams.

I am sometimes upset when I think about what happened to me, but I try not to think about it. I can't always remember all of the things that happened. Unfortunately, there are pictures out there to remind me that it is still out there even when I forget it. The fact that there are pictures out there make it so that I can't help but remember the things that I desperately want to erase. I feel hopeless and I get embarrassed about it. I feel self-conscious and exposed. I think about eating all day and I'm worried that my weight changes when I get stressed. Sometimes I feel scared, but mostly numb a lot of the time. I cannot escape the reality of those pictures, so I feel nothing. I haven't had any therapy in the recent years. We talked to one social worker, but that was just so they could get information. It wasn't really for us, and it did not feel helpful. It put a lot of pressure on me. My life has been completely ruined even if I act happy. I missed out on a normal childhood. This feeling I get about what happened to me won't go away inside, and the pictures mean it is here to stay forever.

There have only been a couple people who really cared about what happened to us. We have had to escape from all the places that we've lived. Everything is stretched so thin. Our car is really inadequate, but we have to drive it for work. Even though we have a long commute for work, we are finally living in the right place. It is so beautiful, and it feels like home. I don't know how we will ever overcome all of the problems "that person" caused us, but I know that we worked very hard to get this far and that we will keep going.

In the past year, I started to work at the same restaurant as my mom so we can make some money together. I know how hard it is to make money now. I did not want to work in a restaurant at first, but I learned to push through it. People are terrible sometimes. I had to be really careful to make sure I felt that no one would ever judge me like they did before. We now live where I can go outside and run around with friends. I want to be able to work and hang out with kids my age like everyone else.

USAO_001312